■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THADDEUS OWENS, Appellant.—Judgment unanimously af-

firmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—attempted criminal sale of dangerous drug, fourth degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.